72 S.Ct. 853

**UNITED STATES of America, petitioner, v. Harvey L. CARIGNAN. No. 530.**

Supreme Court of the United States.
May 21, 1951.

Solicitor General Perlman, for the United States.

Mr. Harold J. Butcher, for respondent.

Petition for writ of certiorari to the Court of Appeals for the Ninth Circuit granted. Motion of respondent for leave to proceed in forma pauperis also granted.